MEMORANDUM OPINION



No. 04-04-00800-CR



Gloria MARTINEZ,


Appellant



v.



The STATE of Texas,


Appellee



From the 175th Judicial District Court, Bexar County, Texas


Trial Court No. 1996-CR-6074


Honorable Mary Román, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: December 15, 2004


DISMISSED

 Appellant has filed a motion to dismiss this appeal by withdrawing her notice of appeal. The
motion is granted and this appeal is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH